UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER MILLER.,

    Plaintiff,

v.                              Case No.: 3:03-cv-812-J-99MMH

MORRIS COMMUNICATION
COMPANY d/b/a Florida
Times-Union,

    Defendant.

## ORDER

On Friday July 22, 2005, Plaintiff sent three email messages to the undersigned's Chambers email address. It is improper for any litigant to correspond directly with a Judge presiding over his or her case via telephone, letter, or email. Any action Plaintiff desires must be sought through the proper filing of a motion in this case, directly with the Office of the Clerk. Plaintiff is hereby **ORDERED** not to send any additional email messages to undersigned's Chambers email address.

**DONE AND ENTERED** at Jacksonville, Florida, this 25 day of July, 2005.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

Copies to:

Christopher Miller, Pro Se
Carlos J. Burreuzo, Esq.
Rhonda R. Wilcox, Esq.