UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHRISTOPHER MILLER,**

    Plaintiff,

v.                                      Case No.: 3:03-cv-812-J-99MMH

**MORRIS COMMUNICATIONS COMPANY
LLC, d/b/a The Florida Times Union**

    Defendant.

_____/

ORDER

On Friday July 22, 2005, this Court granted summary judgment for Defendant and entered judgment against Plaintiff. (Order No. 245). On Monday July 25, 2005 Plaintiff filed an Emergency Motion for Immediate Entry of Default (Doc. No. 247) alleging spoliation of evidence on the part of Defendant. As this case is closed and Plaintiff's emergency motion is discovery-related and does not bear on the substantive causes of action he alleged, his motion (Doc. No. 247) is **DENIED AS MOOT**.

**DONE AND ENTERED** at Jacksonville, Florida, this 26T day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Christopher Miller, Pro Se
Rhonda R. Wilcox, Esq.
Carlos J. Burreuzo, Esq.