FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB 10 A 11: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

CHRISTOPHER MILLER.,

    Plaintiff,

v.                                                Case No.: 3:03-cv-812-J-99MMH

MORRIS COMMUNICATION
COMPANY,

    Defendant.

_____

## ORDER

Plaintiff has yet again disobeyed this Court's Orders (Docs. Nos. 249, 278, 285, 316) by sending a document via email to the undersigned's private Chambers' email address. (Attached as Exhibit A). Thus, Plaintiff is again deemed in contempt of this Court's Orders (Docs. Nos. 249, 278, 285, 316) and Judgment shall be entered against him for an additional $10,000. **The Clerk is now directed to enter another Judgment against Plaintiff in the amount of $10,000.** After this Judgment is entered by the Clerk, Plaintiff shall have **thirty (30) days** from the date of entry to pay **$10,000** to the United States District Court as a sanction for his contemptuous behavior. In the event he fails to timely pay this Judgment, this Court may issue a warrant for his arrest and he will be arrested at his home and brought before the Court by United

1

States Marshals.

**DONE AND ENTERED** at Jacksonville, Florida, this 9r day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Christopher Miller, Pro Se
Carlos J. Burreuzo, Esq.
Rhonda R. Wilcox, Esq.