FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB 13 A 10: 24

**CHRISTOPHER MILLER.,**

**Plaintiff,**

v.                                                              Case No.: 3:03-cv-812-J-99MMH

**MORRIS COMMUNICATION COMPANY,**

**Defendant.**

---

## ORDER

Plaintiff has yet again disobeyed this Court's Orders (Docs. Nos. 249, 278, 285, 316) by sending a document via email to the undersigned's private Chambers' email address. (Attached as Exhibit A). Thus, Plaintiff is again deemed in contempt of this Court's Orders (Docs. Nos. 249, 278, 285, 316) and Judgment shall be entered against him for an additional $10,000. **The Clerk is now directed to enter another Judgment against Plaintiff in the amount of $10,000.** After this Judgment is entered by the Clerk, Plaintiff shall have **thirty (30) days** from the date of entry to pay **$10,000** to the United States District Court as a sanction for his contemptuous behavior. In the event he fails to timely pay this Judgment, this Court may issue a warrant for his arrest and he will be arrested at his home and brought before the Court by United

States Marshals.

        **DONE AND ENTERED** at Jacksonville, Florida, this ___ day of February, 2006.

                                HARVEY E. SCHLESINGER
                                United States District Judge

Copies to:

Christopher Miller, Pro Se
Carlos J. Burreuzo, Esq.
Rhonda R. Wilcox, Esq.